IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHELLE RUCKER**                                                                                   **PLAINTIFF**

**v.**                           **Case No. 5:12-cv-00088-KGB**

**JIMMY BANKS,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order and Opinion that was entered today, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ORDERED this 10th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE